JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Omar Qazi<br><br>                    Plaintiff,<br><br>v.<br><br>United States of America, Department of Justice, Bureau of Prisons, State of Nevada, Department of Corrections, Does 1 through 20, inclusive.<br><br>                    Defendants. | Case No.<br><br>**Notice of Removal** |

The United States of America hereby removes the above-captioned case to the United States District Court for the District of Nevada. The grounds for removal are as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1444 and 1446 for the removal of the case entitled Omar Qazi v. United States of America, Department of Justice, Bureau of Prisons, State of Nevada, Department of Corrections, Does 1 through 20, inclusive*, Case No. A-22-861169-C, now pending in Eighth Judicial District Court, Clark County, Nevada.

2. A copy of the Summons and Complaint are attached hereto as an Exhibit.

3. "A civil action … that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency

thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1).

4. The United States Attorney's Office for the District of Nevada was served with the Summons and Complaint on December 20, 2022

5. This notice is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b). The United States does not, by filing this notice, waive service of process or any other defenses available under Fed. R. Civ. P. 12(b) or other applicable law.

6. A copy of this notice will be served promptly on Plaintiff and filed with the Clerk of the District Court, Clark County, Nevada.

WHEREFORE, the United States gives notice that the within action is removed to the United States District Court for the District of Nevada.

Respectfully submitted this 10th day of January 2023.

JASON M. FRIERSON
United States Attorney

 /s/ *Stephen R. Hanson II* 
STEPHEN R. HANSON II
Assistant United States Attorney

**Certificate of Service**

I hereby certify that on January 10, 2023, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the following persons and/or entities at the following addresses:

Michael P. Balaban, Esq.
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney of Plaintiff*

Office of the Attorney General
100 N. Carson Street
Carson, NV 89701

                                         /s/ *Stephen R. Hanson II*
                                         STEPHEN R. HANSON II
                                         Assistant United States Attorney
                                         United States Attorney's Office