JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Omar Qazi<br><br>Plaintiff,<br><br>v.<br><br>United States of America, Department of Justice, Bureau of Prisons, State of Nevada, Department of Corrections, Does 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:23-cv-00052-RFB-VCF<br><br>**Stipulation to Extend Defendants' Answering Deadline**<br><br>**(First Request)** |

Plaintiff Omar Qazi, Defendant United States of America, Department of Justice, Bureau of Prisons ("United States"), and Defendant State of Nevada, Department of Corrections ("State of Nevada") stipulate that the Defendants' deadline to answer or otherwise respond to Plaintiff's complaint will be March 6, 2023, which is 60 days after the United States removed this action to federal court. The purpose of the stipulation is to allow the United States and the State of Nevada adequate time to investigate this case before answering or otherwise responding to the complaint. In addition, the parties request a response date that applies to both the United States and State of Nevada so that the responses are not staggered.  This is the parties' first stipulation to extend time for the Defendants to answer or otherwise respond to the complaint.

///

///

The parties further stipulate that if the Defendants file motions to dismiss this case, Plaintiff shall have until April 17, 2023, to respond to such motions so that Plaintiff will have adequate time to research the legal issues and because Plaintiff's counsel has a trial scheduled for the end of March that may interfere with responding to such motions.

IT IS SO STIPULATED.

Dated: February 9, 2023

MICHAEL P. BALABAN
Law Offices of Michael P. Balaban

 /s/ Michael P. Balaban
Michael P. Balaban
Attorney for Plaintiff

Dated: February 9, 2023

JASON M. FRIERSON
United States Attorney

 /s/ Stephen R. Hanson II
Stephen R. Hanson II
Assistant United States Attorney

Dated: February 9, 2023

NEVADA ATTORNEY GENERAL'S OFFICE

 /s/ Douglas Rands
Douglas Rands
Deputy Nevada Attorney General

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 2-9-2023

## Certificate of Service

I hereby certify that on February 9, 2023, I electronically filed and served the foregoing Stipulation to Extend Defendants' Answering Deadline with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system, as well as served a copy via first class, regular mail as follows:

Nevada Attorney General's Office
Douglas Rands
Deputy Attorney General
100 N. Carson Street
Carson, NV 89701