Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR QAZI,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, BUREAU OF PRISONS; STATE OF NEVADA, DEPARTMENT OF CORRECTIONS; DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00052-RFB-VCF<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS<br><br>(Second Request) |

Pursuant to L.R. I.A. 6-1, 6-2, and 7-1, Plaintiff Omar Qazi, Defendant United States of America, Department of Justice, Bureau of Prisons and Defendant State of Nevada, Department of Corrections, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motions to Dismiss, from April 17, 2023 to April 24, 2023.

This is the second request to extend the time for Plaintiff to respond to Defendants' Motions to Dismiss and is being sought to give Plaintiff's counsel adequate time to research the legal issues and prepare a response given the dispositive nature of the motions and the fact that Plaintiff's counsel must file an opening brief to the ninth circuit court of appeals on April 18, 2023 in another matter.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

IT IS SO STIPULATED.

Dated this 11th day of April, 2023.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | JASON M. FRIERSON<br>United States Attorney |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>Attorney for Plaintiff | /s/ Stephen R. Hanson II<br>Stephen R. Hanson II, Esq.<br>Assistant United States Attorney |
| Dated: April 11, 2023 | Dated: April 11, 2023 |
| | NEVADA ATTORNEY GENERAL'S OFFICE |
| | /s/ Douglas Rands<br>Douglas Rands, Esq.<br>Deputy Nevada Attorney General |
| | Dated: April 11, 2023 |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of April, 2023.