JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Omar Qazi<br><br>                    Plaintiff,<br><br>v.<br><br>United States of America, Department of Justice, Bureau of Prisons, State of Nevada, Department of Corrections, Does 1 through 20, inclusive.<br><br>                    Defendants. | Case No. 2:23-cv-00052-RFB-VCF<br><br>**Stipulation to Extend Defendants' Deadline to File Reply Brief**<br><br>**(First Request)** |

Plaintiff Omar Qazi, Defendant United States of America, Department of Justice, Bureau of Prisons ("United States"), and Defendant State of Nevada, Department of Corrections ("State of Nevada") stipulate that the Defendants' deadline to file a reply brief to Plaintiff's response to Defendants' motions to dismiss (ECF No. 12) will be May 8, 2023, which is a seven-day extension of the current deadline. The purpose of the stipulation is to allow the United States and the State of Nevada adequate time to research the issues and respond to Plaintiff's arguments in response to the motions to dismiss.

This is the parties' first stipulation to extend time for the Defendants to file a reply brief.

IT IS SO STIPULATED.

Dated: April 28, 2023

MICHAEL P. BALABAN
Law Offices of Michael P. Balaban

 /s/ *Michael P. Balaban*
Michael P. Balaban
Attorney for Plaintiff

Dated: April 28, 2023

JASON M. FRIERSON
United States Attorney

 /s/ *Stephen R. Hanson II*
Stephen R. Hanson II
Assistant United States Attorney

Dated: April 28, 2023

NEVADA ATTORNEY
GENERAL'S OFFICE

 /s/ *Douglas Rands*
Douglas Rands
Deputy Nevada Attorney General

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  2nd day of May, 2023.